April 10, 2014

**The Hon. Vincent L. Briccetti**

**Federal Building and United States Courthouse**
300 Quarropas St.
White Plains, NY 10601-4150

APR 14 2014
PRO SE

**Courtroom**: 620,  Chambers  Phone: (914) 390-4166,   Fax : Chambers Fax: (914) 390-4170

**Reference**: Case# 13CIV7339 (Purushottam C. Kalola – Pro Se  v. IBM Corporation and Defendants)

**Subject**: Communications with Mr. **Hon. Vincent L. Briccetti and Court**

**Hon. Vincent L. Briccetti,**

First, you are doing fine job and treated me fair so far. I truly appreciate it very much. I will follow your instructions. **What do I do about your instruction on page 2 of the "Individual practices of Judge Vincent Briccetti" that " D: Telephone Calls.  Except as provided below, telephone calls to Chambers are permitted only in situation requiring immediate attention.  In such situations, call Chambers at (914) 390-4166"?  This is also highlighted as Yellow by you.**

This is to clarify my communication method with the Court and Pro Se Offices at 500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150. First, since last October 2013, I never knew the word "Pro Se…Pro Bono". First, I also never knew the American Court Systems. I never called Police or 911 in my life.

I also never violated IBM company rules that IBM stated in EEOC Letter Exhibit C (false, pretexted, and manufactured criticism, insults, humiliations, harassment, etc.. because of internal complaints and my Race). I will prove this to Jury and win the Case if I am giving an opportunity for an expedited Jury Trial without Deposition and Summary Judgements.

But, now, I am listening to the Experienced Federal Judges ( i.e. NYLA)  and learning the Court System. It is terrifying.  You can refer to my exhibition "A" about the Summary Judgements for the Plaintiff's employment cases. Because of this, companies like IBM fired >200k Highly Talented Americans systematically. I hope to reverse this process with my case to help my fellow Americans.

Therefore, after the IBM Retaliations, Discrimination, and Harassment, I have decided to dedicate my second life to my fellow Americans (other good people worldwide) and help them improve their lives. That is why I am also thinking to set up a Pro Se Website for all Pro Se people across the USA with retired Judge's, Legal People and Professors' and other volunteers' to my fellow Americans. This is not to promote the frivolous cases and waste Courts Time and Tax Payers money. This is to improve productivity and efficiencies for all (Judges,

Courts, people, IT Systems, etc..) across the USA. I will consult retired Judges before I do this due the diversified process across the US Federal Courts.

I wanted to write Pro Se Communication Problem Letter to you long time ago about the conflicting advice that get from the Pre Se (mostly from NY Staff) offices. But, I was scared and terrified by listening to **Hon Judge Bernice B. Donald who stated** *(at "NYLA Summary Judgements and Employment Discrimination Symposium" about the Plaintiff's unfair treatment by US Federal Courts in America (I am NOT complaining about you at all. I learned in my Total Quality Management Process Improvement training and practiced it for 26 years in Professional Career at IBM and AT&T that "never criticism a person, criticize a process".) that: "…………..Audio Tapped conversation with Plaintiffs and Article was published….Several of the Plaintiffs said, this was the most traumatic thing that I went through in my life Several Of Plaintiffs even in the winning situation said …One Man went through a Race Discrimination Case and Prevailed, and he got Maximum Amount Money, he said " if I had to do it all over again, I would keep my mouth shut, I will deal with insults, racial dignity…I will never ever file a law suit in the a Court…He said it was demeaning ..Humiliating….many people heard that I do not want to go through that again…..".*

*You can play this video at* https://www.youtube.com/watch?v=8c8rrIeRpxc *(fast forward to Time: 1:04.00). You can also see Exhibit A of my Case 13 CIV 7339 …"*A View From the Bench -- The Judges' Perspective on Summary Judgment In Employment Discrimination Cases by

- The Honorable Mark W. Bennett, U.S. District Court for the Northern District of Iowa
- The Honorable Bernice B. Donald, U.S. Court of Appeals for the Sixth Circuit
- The Honorable Nancy Gertner (Retired), Harvard Law School
- The Honorable Lee H. Rosenthal, U.S. District Court for the Southern District of Texas

### Some of my concerns and experiences about the communication with Court as a Pro See are as follows:

1. In 2013, Pro Se Staff in NY Court told me several times to mail the letters to Mr. **Hon. Vincent L. Briccetti to** 300 Quarropas Street, White Plains, New York 10601-4150.
    a. On the other, you directed me to send the Letters to NY Pro See Office. I respected it and try my best to follow it all the time.
2. In regards my Second Amendment Filing, one Pro Se Staff said , " just fill out the Second Amendment Complaint Form and send to the Judge in White Plain". If I had followed his advice, you would have dismissed my case or rejected my Second Amendment.

On April 8 2014, two days ago, Pre Se Staff in NY Office told me to send the Letters addressed to Judges to Pre Se Clerk in 300 Quarropas Street, White Plains, New York 10601-4150.

   a. Immediatliy, I called Mr. Rogers (Pro Se Office in White Plains) and mentioned to him the above.
   b. Then, I reminded him **Hon. Judge Briccetti told me to send all letters to Pro Se Office in New York. So, why this NY Pro Se Staff is advising me against Hon. Judge Briccetti's advice?**

    i. Mr. Rogers told me that follow the Judge. So, I took advise and I will follow the Hon. Vincent L. Briccetti.
    ii. I questioned Mr. Rogers about improving the Pro Se Communication Process and remove the conflicting advices to poor Pro Se Counsels who are working against the Big Law Firms. He said " follow the Judge, do not follow NY Pro Se Staff's advice ".

Mr. Rogers, Ken, and all Pro Se people are nice and very helpful.

I hope this letter will be helpful to improve Pro Se Support. I apologize for any mistakes I made before and here. I thank you for your understanding in this matter. I am looking forward to your support in this matter.

God Bless the USA and all the people of America!

**Sincerely,**

*Purushottam C. Kalola*

**Purushottam C. Kalola, 11 Geoffrey Drive, Parsippany, NJ  07054  Cell: 845-401-2050, Email: pck@yahoo.com   IBM Role Model of IBM Values for All Employees and Executives**

**Copy to:** Jackson / Lewis, Attn:  Dana Weisbrod, ESQ and Tara L. Touloumis, ESQ (via Email)



Purushottam C. Kulola
11 Geoffrey Drive
Parsippany, NJ 07054

US District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Attn: Pro SE