UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURUSHOTTHAM C. KALOLA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION ("IBM"), ET AL.,<br><br>　　　　　　　Defendants. | Case No.: 13-cv-7339 (VB)<br><br>**DECLARATION OF TARA MERCADANTE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

　　　　TARA L. MERCADANTE, being duly sworn, deposes and states, pursuant to 28 U.S.C. §1746:

　　　　1.　　I am an associate attorney at the law firm of Jackson Lewis P.C., attorneys for Defendants International Business Machines Corporation, Sam Palmisano, Robert Weber, Rodney Adkins, Russell Mandel, Kermit Taylor, Kevin Sullivan, Craig Ignaszewski, Vincent Granuzzo, and Bob Murphy in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

　　　　2.　　I am leaving Jackson Lewis P.C. ("Jackson Lewis") for other employment. My last day with Jackson Lewis is February 6, 2015.

　　　　3.　　Jackson Lewis will continue its representation of Defendants in this matter.

　　　　4.　　Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　　　220 Headquarters Plaza,
　　　　　　　　　　　　　　　　　　　East Tower, 7th Floor
　　　　　　　　　　　　　　　　　　　Morristown, NJ 07960
　　　　　　　　　　　　　　　　　　　Phone: (973) 538-6890

Dated: February 6, 2015        By:    *s/*Tara L. Mercadante
       New York, New York                Tara L. Mercadante, Esq. (TT0684)

                                    ATTORNEYS FOR DEFENDANTS