**January 28, 2016**

**The Hon. Lisa M. Smith**

**Federal Building and United States Courthouse**
**300 Quarropas St.**
**White Plains, NY 10601-4150**

13 CV 7339 VB (Purushottam C. Kalola – Pro Se v. IBM et al

**Your Honor,**

Plaintiff requests to cancel the Feb 2, 2016 conference for the following reasons:

1. Plaintiff is not available on the Feb 2, 2016 for the Conference due to no one is available to drive a car to the Court for the plaintiff. As you know that plaintiff's has Psychology health problems on and off since 2010.
2. Plaintiff also sent an Email to the Defendant to cancel the Fab 2, 2016 conference yesterday.
    a. The Defendant also did not answer this plaintiff's Email.

**OTHER REASONS**

3. **As you know,** Defendant has been asking for the several conferences from the March 2015 to Jan 2016 about the same issues without any <u>evidences and exhibits</u> to waste the Tax Payers money and judges' time.
4. Plaintiff already provided a lot of evidences and exhibits on the ECF and Defendants against the Defendants' issues.

That is why, plaintiff filed the 6 Motions (ECF 131) to Hon Judge Breccitti to save the Defendants' time, Hon Judge Lisa M. Smith and his people's, Court people's, Hon Judge Breccitti and his people's time; and ultimately, the SAVE the Tax Payers' money.

Thank you for understating in the matter.

# Exhibit (plaintiff ECF Doc 131)

The following transaction was entered on 1/25/2016 at 11:40 AM EST and filed on 1/25/2016

| | |
|---|---|
| **Case Name:** | Kalola v. IBM Corporation et al |
| **Case Number:** | 7:13-cv-07339-VB-LMS |
| **Filer:** | Purushottam C. Kalola |
| **Document Number:** | 131 |

**Docket Text:**
**LETTER addressed to Judge Vincent L. Briccetti from Purushottam C. Kalola dated January 25, 2016 re: Your Honor, Please see 6 Motions against the Defendants ECF 127 and others documents letters from March 19, 2015 to Sep 22, 2015 to save the Tax Payers Money, save the Court's Time, save the Judges Time to help the Fellow Americans. Thank you and God Bless You.. Document filed by Purushottam C. Kalola. (Attachments: # (1) Exhibit IBM CEO Sam Palmisano got more than $200M by firing more than 250K Americans and he sent American Projects to Indian to 2003 to now. Ginni Remotty CEO also firing Americans from 2012 to now and in the future. We need to stop this to help our Fellow Americans across the USA., # (2) Exhibit IBM High Ranking Officers made Millions of Dollars by Firing Thousands of Americans from 2003 to now; and it will go forever. Court must stop it. Thank and God Bless You!)(Kalola, Purushottam)**

**7:13-cv-07339-VB-LMS Notice has been electronically mailed to:**

Dana Loryn G. Weisbrod    weisbrodd@jacksonlewis.com, NewYorkCityDocketing@JacksonLewis.com

Kevin G. Lauri    Laurik@Jacksonlewis.com, NewYorkCityDocketing@JacksonLewis.com

Mina Maisami Wood    mina.wood@jacksonlewis.com

Purushottam C. Kalola    pck@yahoo.com

================================================================================

**Sincerely,**

*Purushottam C. Kalola* (signature)

**Purushottam C. Kalola, 13 CIV 7339 VB, Pro Se Plaintiff**
**11 Geoffrey Drive, Parsippany, NJ 07054 Cell: 845-401-2050, Email:** `pck@yahoo.com`

Copy to:  Lauri Kevin G. (NYC) LauriK@JacksonLewis.com,

Weisbrod Dana Glick (NYC) WeisbrodD@jacksonlewis.com , Mina Wood (NYC): Mina.Wood@jacksonlewis.com

```
13 CV 7339 VB Kalola vs IBM et al Plaintiff Requests to cancel Feb 2,
2016 Conference. Plaintiff already file several motions to save the
Judges' Time, Court's Time, and plaintiff and Defendants' time; and
Tax Payers' Money at the Court.
```